UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>David & Theresa Forgue<br><br>David & Theresa Forgue<br>Debtor(s)<br><br>Alliant Credit Union<br>Plaintiff(s)<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 11-44696<br><br>Chapter: 13<br>Honorable Jack B. Schmetterer<br><br>Adv. No.: 11-02556 |

**FINDINGS OF FACTS AND CONCLUSIONS OF LAW**

On December 5, 2011, an Adversary Complaint was filed by DAVID and THERESA FORGUE, the Plaintiffs in this adversary action, and the Debtors in the voluntary bankruptcy case. The Court, being fully advised in the premises, and having entered an Order of Default, now enters the following Findings of Fact and Conclusions of Law and separately enters judgment in favor of Plaintiffs in this matter.

Findings of Facts

1. This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, U.S.C., and this matter is a core proceeding within the meaning of § 157(b)(1) and(2) of Title 28, U.S.C.

2. Venue is proper pursuant to § 1409 of Title 28, United States Code.

3. The Plaintiffs are the owners of the real estate property with parcel number 03-10-117-025-0000, commonly known as 60 Redwood Trail, Wheeling, IL 60090. The property is the Plaintiffs' primary residence.

4. The property has a fair market value of $136,112.00, as determined by the comparative market analysis dated October 10, 2011, by Michael Kurgan, a licensed realtor of Century 21.

5. The property is subject to a first mortgage lien held by CITIMORTGAGE with a principal balance of $146,509.06, as of December 2, 2011.

6. A second mortgage lien is held by ALLIANT CREDIT UNION in the amount of $50,059.44 as of November 25, 2011, and the lien is recorded as document #0412504139.

7. The secured claim of the first mortgage of CITIMORTGAGE exceeds the value of the real property, leaving nothing for ALLIANT CREDIT UNION's claim to attach.

CONCLUSIONS OF LAW

1. Jurisdiction lies under § 1334(b) of Title 28 U.S.C. to adjudicate, approve and enforce the Debtor's effort by Chapter 13 Plan to determine through confirmation and completion of such Plan that the Defendant's junior mortgage is no longer secured.

2. This matter is a core proceeding within the meaning of § 157(b)(1) and (2)(k) of Title 28 U.S.C. to determine the validity of a lien and is a proceeding to value the Defendant's claim under Bankruptcy Rule 3012.

3. Pursuant to § 1322(b)(2) of Title 11 U.S.C., the Court can modify the rights of holders of secured claims, other than a claim secured only by a secured interest in real property that is the debtor's principal residence. A wholly unsecured lien can be avoided and cancelled and may be eliminated through a Chapter 13 Plan. See First Bank, Inc. vs. Van Wie, 2003 WL 1563959(S.D.Ind.2003); In Re Mann, 249 B.R. 831, 840(1st Cir.BAP2000); In Re Lam, 211 B.R. 36(9th Cir.BAP1357); There cannot be any equity securing the lien at the time of valuation, and the lien must be wholly unsecured to be avoided and cancelled.
At the time of filing this Adversary Complaint, the amount due on the first mortgage, exceeded the fair market valuation of the Plaintiff's Real Estate. As a result, the Defendant's mortgage lien is wholly unsecured and may be avoided and cancelled as a matter of law pursuant to § 506 of Title 11 U.S.C.

4. The secured claim of the Defendant against the Plaintiff's real estate located on 60 Redwood Trail, Wheeling, IL 60090, with parcel number 03-10-117-025-0000, is valued at zero dollars.

5. The Plaintiff is entitled to a Judgment Order declaring that, upon successful completion of the Debtors' Chapter 13 Plan and entry of Debtors' discharge, the lien of the Defendant will be rendered null and void. The Court retains jurisdiction to enter orders in aid of this judgment after the Debtors' discharge.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

FEB 21 2012

Dated: 2/21/12

**Prepared by counsel of Movant:**

Patrick A. Crame
ARDC #6296147
Attorney for Plaintiff Debtors
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20101008_apo